**Order entered February 23, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00583-CR

### QUINCEY DOMINIQUE WASHINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33694CR**

## ORDER

Appellant's February 14, 2023 fourth motion for extension of time to file appellant's brief is before the Court. Appellant's brief was originally due November 2, 2022. Appellant's counsel states in the motion, "This is Appellant's final request for extension." Appellant requests thirty days from the date of the motion. We **GRANT** the motion, and we **ORDER** appellant's brief filed on or before **MARCH 16, 2023**. If the brief is not filed by March 16, 2023, we may abate the appeal for the trial court to hold a hearing and determine why the brief

has not been filed and whether counsel should be removed from representing appellant.

/s/    DENNISE GARCIA
JUSTICE